FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2022

No. 04-21-00460-CR

Andon Joseph **SAMBRANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 452nd District Court, Kimble County, Texas
Trial Court No. 2020-DCR-1025
Honorable Robert Rey Hofmann, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The Appellant's Brief is due on or before March 16, 2022. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court